**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80228-BLOOM/Reinhart**

ROBERT D. KLINE, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

DCG PARTNERS LLC d/b/a Debtrid.com and
CONSUMER LAW RELIEF, LLC,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. [7] ("Stipulation"), filed on April 19, 2018. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [7]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court retains jurisdiction to enforce the agreement between the parties;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-80228-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of April, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record